In the Matter of LEON M. FREED, Appellant, against SONIA FREED, Respondent.

Argued June 7, 1955; decided July 8, 1955.

*Robert L. Callahan* for appellant.

*Samuel L. Greenberg* and *Emanuel Greenberg* for respondent.

Order affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* MAX SHAPIRO, Respondent.

Argued June 3, 1955; decided July 8, 1955.